**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 9 EM 2024

Respondent :

v. :

LAKESHA MCGRUDER, :

Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2024, the "Petition for King's Bench Jurisdiction," advanced by Mark Marvin, is DISMISSED.